UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EDWIN ZAYAS, individually and on behalf on behalf of all others similarly situated,
                         Plaintiff

- against –

HUA DA INC. and HOT SICHUAN INC.,
                         Defendants

16cv9493 (WHP)(RLE)

STIPULATION DISCONTINUING ACTION WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person, not a party, has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to any party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED:     May 11, 2017

JAMES E. BAHAMONDE, P.C.

By: _____

James E. Bahamonde
2501 Jody Court
North Bellmore, NY 11710
Tel: (516) 783-9662
Fax: (646) 435-4376
Attorney for Plaintiff

FONG & WONG, P.C.

By: _____

David B Horowitz
254 Canal Street, Suite 2002
New York, NY 10013
Tel: 212-966-6668
Attorneys for Defendant Hua Da Inc.

SHENG JIN YANG LAW OFFICES

By: _____

Brian S. Yang
136-18 39th Ave., Suite 703
Flushing, NY 11354
Tel: 718-939-6066

Attorney for Defendant Hot Sichuan Inc.

SO ORDERED:

_____   5/15/17
WILLIAM H. PAULEY III
U.S.D.J.